IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE KRISTEN L. MIX

Civil Action No. 07-cv-01563-WDM-KLM

TWILA WOOD,

             Plaintiff(s),

v.

CHARLES W. BURD,
PATRICIA M. BURD,
FAY A. BURD,
FAY A. MCBRIDE, f/k/a FAY A. BURD,
C. DON BURD,
CLARENCE DON BURD, deceased,
DENNIS R. MOTT, a/k/a DENNIS MOTT,
MARY LOU MOTT,
RIMROCK RANCH, INC.,
RIMROCK RANCH PROPERTY OWNERS ASSOCIATION,
RIMROCK OWNERS ASSOCIATION,
RIMROCK RANCH PHASE II PROPERTY OWNERS ASSOCIATION, INC.,
CHARLES W. MCCLURE,
ANDREW J. MCCLURE,
JRF INVESTMENTS, LTD.,
JRF INVESTMENTS IV, LTD.,
JRF INVESTMENTS V, LTD.,
JRF INVESTMENTS VI, LTD.,
WAYNE A. EVANS,
NANCY E. EVANS,
FRANK STENGER,
MAX MAESTAS,
VICKI MAESTAS,
WASHINGTON MUTUAL BANK, F.A.,
DAVID MICHAEL PEPPER,
MARYAM ECHEVERRIA PEPPER,
LUIS RAMON E. PICORNELL,
THOMAS S. CHACON,
JOYCE L. CHACON,
THE JOHN A. SCHOFIELD LIVING TRUST,
GAYLE FROEHLICH,
MARK WILLIAMS,
DALE E. BROADWATER,
M&T MORTGAGE CORPORATION,
M&T BANK,
GEORGE CARTER,
JARUNEE CARTER,
BUREAU OF LAND MANAGEMENT;
UNITED STATES OF AMERICA,
STATE OF COLORADO,
STATE OF COLORADO, acting by and through the STATE BOARD OF LAND
      COMMISSIONERS,

LARIAT FARMS, INC.,
DAVID L. BINNEY,
DRUCILLA M. BINNEY,
VERN BRAUN,
ALEXANDER W. SCHERMER,
PEGGY NANCY SCHERMER,
NATIONAL BANK OF KANSAS CITY,
AMAREX, INC.,
THEODORE MCBRIDE,
MERIDIAN OIL, INC.,
PUBLIC TRUSTEE OF RIO GRANDE COUNTY, and
All Unknown Persons Who May Claim Any Interest in the Subject Matter of this Action,

        Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

       This matter is before the Court on the Motion by Defendant United States of America and Defendant Bureau of Land Management to Adjourn Settlement Conference [Docket No. 106; Filed January 7, 2008] (the "Motion"). Defendants United States of America and Bureau of Land Management have informed the Court that Plaintiff and Defendants Burd, Broadwater, and M&T Mortgage Corporation do not oppose the relief sought in the Motion. Other Defendants contacted did not respond.

       IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for January 11, 2008 at 9:30 a.m. is **vacated**, and will be reset, if appropriate, by motion of the parties.

       DATED: January 9, 2008 at Denver, Colorado.