IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01563-WDM-KLM

TWILA WOOD,

    Plaintiff,

v.

CHARLES W. BURD
PATRICIA M. BURD
FAY A. BURD
FAY A. MCBRIDE, f/k/a FAY A. BURD
C. DON BURD
CLARENCE DON BURD, deceased
DENNIS R. MOTT, a/k/a DENNIS MOTT, individually and
    as the last remaining board member of Rimrock Ranch, Inc.
MARY LOU MOTT, individually and as the last remaining
    board member of Rimrock Ranch, Inc.
RIMROCK RANCH, INC., a dissolved Colorado corporation
RIMROCK RANCH PROPERTY OWNERS ASSOCIATION,
    a dissolved Colorado corporation
RIMROCK OWNERS ASSOCIATION, a dissolved Colorado corporation
RIMROCK RANCH PHASE II PROPERTY OWNERS ASSOCIATION, INC.,
    a dissolved Colorado corporation
CHARLES W. MCCLURE
ANDREW J. MCCLURE
JRF INVESTMENTS, LTD.
JRF INVESTMENTS IV, LTD.
JRF INVESTMENTS V, LTD.
JRF INVESTMENTS VI, LTD.
WAYNE A. EVANS
NANCY E. EVANS
FRANK STENGER
MAX MAESTAS
VICKI MAESTAS
WASHINGTON MUTUAL BANK, F.A.
DAVID MICHAEL PEPPER
MARYAM ECHEVARRIA PEPPER
LUIS RAMON E. PICORNELL
THOMAS S. CHACON
JOYCE L. CHACON
THE JOHN A. SCHOFIELD LIVING TRUST
GAYLE FROEHLICH

MARK WILLIAMS
CLAUDIA M. WILLIAMS
DALE E. BROADWATER
M & T MORTGAGE CORPORATION
M.& T BANK
GEORGE CARTER
JARUNEE CARTER
BUREAU OF LAND MANAGEMENT
UNITED STATES OF AMERICA
STATE OF COLORADO
STATE OF COLORADO, acting by and through the
    STATE BOARD OF LAND COMMISSIONERS
LARIAT FARMS, INC.
DAVID L. BINNEY
DRUCILLA M. BINNEY
VERN BRAUN
ALEXANDER W. SCHERMER
PEGGY NANCY SCHERMER
NATIONAL BANK OF KANSAS CITY
AMAREX, INC.
THEODORE MCBRIDE
MERIDIAN OIL, INC.
PUBLIC TRUSTEE OF RIO GRANDE COUNTY
All Unknown Persons Who May Claim Any
    Interest in the Subject Matter Of This Action.

    Defendants.

## ORDER OF REMAND TO STATE COURT

This matter is before the court on Plaintiff's Unopposed Motion to Remand to State Court ("Motion") [Docket No. 115; Filed January 30, 2008].

The Motion was filed pursuant to this Court's Order [Docket No. 113; Filed January 23, 2008] approving a Disclaimer in Interest by Defendants United States of American and Bureau of Land Management ("Disclaimer") [Docket No. 108; Filed January 9, 2008].

The Court finds that upon the filing of the Disclaimer and its approval, this Court is divested of subject matter jurisdiction pursuant to 28 U.S.C. §§ 1346 and 2409a, and that pursuant to 28 U.S.C. §1447(c), this action should be remanded to the District Court of Rio Grande County, Colorado ("State Court").

THEREFORE, IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. This action shall be and is hereby remanded to the State Court and the Clerk of this Court shall file with the Clerk of the State Court a certified copy of this Order.

Dated: __2/1__, 2008, at Denver, Colorado.

BY THE COURT